```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


TRHONDA J. EDWARDS,            )
                               )
          Plaintiff,           )
                               )
     vs.                       )    No. 4:07-CV-00729 (CEJ)
                               )
J&M SECURITIES, LLC,           )
                               )
          Defendant.           )
```

## ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

```
                          _____
                          CAROL E. JACKSON
                          UNITED STATES DISTRICT JUDGE
```

Dated this 22nd day of June, 2007.